UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM SIM SPENCER,
#384851,

    Plaintiff,                                      Case No: 11-13107
                                                   Hon. Victoria A. Roberts

vs

ABIGAIL CALLEJAS, ET AL,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Magistrate Judge Whalen prepared a Report and Recommendation regarding a Motion for Default Judgment filed by Plaintiff.  Subsequently, Plaintiff filed a Waiver of Objections regarding the denial of his motion for default judgment.

The Court adopts the Report and Recommendation [doc 32], and DENIES the Motion for Default Judgment [doc 14].

ORDERED.

                                                              S/Victoria A. Roberts
                                                              Victoria A. Roberts
                                                              United States District Judge

Dated:  July 19, 2012

---

The undersigned certifies that a copy of this document was served on the attorneys of record and William Spencer by electronic means or U.S. Mail on July 18, 2012.

s/Carol A. Pinegar
Deputy Clerk